**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2292**

SHEILA C. SIMMS,

            Plaintiff - Appellant,

        v.

CHUCK HAGEL, Secretary, Department of Defense, Defense
Logistics Agency,

            Defendant – Appellee,

        and

DEBORAH A. WOLFE, Defense Logistics Agency, Aviation
Richmond; JULIA A. BRANDON, Defense Logistics Agency,
Aviation Richmond,

            Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge. (3:14-cv-00433-REP)

Submitted:  March 17, 2016            Decided:  March 21, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sheila C. Simms, Appellant Pro Se.  Jonathan Holland Hambrick,
Assistant United States Attorney, Richmond, Virginia, for

Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila C. Simms appeals the district court's order denying relief on her complaint raising claims under the Rehabilitation Act of 1973. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simms v. Hagel, No. 3:14-cv-00433-REP (E.D. Va. Aug. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED